UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ̸̸̸ D.C.

05 AUG 10 AM 8: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

ARVIS R. CLARK,

    Plaintiff,

v.                              No. 04-3046-DP

FEDEX EXPRESS,

    Defendant.

---

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on August 11, 2005. Present were Arvis Clark, pro se Plaintiff, and Mary H. Beard, counsel for Defendant Federal Express Corporation. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  The parties will exchange Rule 26 (a)(1) Initial Disclosures on August 25, 2005.

JOINING PARTIES:  October 10, 2005

AMENDING PLEADINGS: October 10, 2005

INTIAL MOTIONS TO DISMISS:  November 9, 2005

COMPLETING ALL DISCOVERY:  April 10, 2006

    (a) DOCUMENT PRODUCTION: April 10, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:  April 10, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

    (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: February 9, 2006

    (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: March 9, 2006

    (3) EXPERT WITNESS DEPOSTIONS:

FILING DISPOSITIVE MOTIONS: May 10, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motion to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

The case is set for jury trial and the trial is expected to last **3-5** day (s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanies by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_/s/ Tu Pham_
TU M. PHAM
UNITED STATE MAGISTRATE JUDGE

DATE: August 9, 2005

**PROPOSED BY:**

*[signature: Mr. Arvis Clark, by CAB with express permission]*

Arvis Clark
Pro Se Plaintiff
Signed by Mary H. Beard
with express permission


*[signature: Mary H. Beard]*

Mary H. Beard (TN Bar No. 20619)
Attorney for Defendant
FEDERAL EXPRESS CORPORATION
Legal Department – Litigation
Building B, Third Floor
3620 Hacks Cross Road
Memphis, Tennessee 38125-8800
(901) 434-8061 (Telephone)
(901) 434-9279 (Facsimile)


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Joint Proposed Scheduling Order by ( ) U.S. Mail, first-class postage prepaid; ( ) fax; (✓) FedEx delivery and/or ( ) hand delivery, on the 5th day of August, 2004, addressed to the following:

> Mr. Arvis Clark
> Pro Se Plaintiff
> 1549 Elliston Road
> Memphis, Tennessee 38106

*[signature]*

Mary H. Beard

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-03046 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Arvis R. Clark
1549 Elliston Rd.
Memphis, TN 38106

Honorable Bernice Donald
US DISTRICT COURT